IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Kyrkland Mansell, | ) | Case No. 6:26-cv-01738-SAC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| | ) | |
| Christopher D. Gray, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge.  ECF No. 8.  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Molly H. Cherry for pre-trial proceedings.

On June 15, 2026, the Magistrate Judge issued a Report recommending that this action be summarily dismissed without prejudice for lack of jurisdiction, failure to state a claim, and failure to bring case into proper form.  *Id.*  The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 7.  No objections have been filed, and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court.  *Id.*  The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  *See* 28 U.S.C. § 636(b).  The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *Id.*  In the absence of an objection, the Court will review the

1

Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (citation modified).

After considering the record in this case, the applicable law, and the Report of the Magistrate Judge and incorporates by reference, the Court finds no clear error and agrees with the recommendation of the Magistrate Judge and incorporates by reference. Accordingly, this action is DISMISSED without prejudice and without issuance and service of process.

IT IS SO ORDERED.

_____
United States District Judge

July 21, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2